### Jackson, ex. dem. Norton, v. Stiles, Grover Tenant.

RUSSEL moved to set aside the default and all subsequent proceedings, on an affidavit admitting due service of the declaration and notice, but adding that he thought the supreme court, at which he was noticed to appear, sat at *Salem*, in the county where the lands in question lie; nor did he know to the contrary till a few days before the circuit court, when he was first informed that the supreme court did not sit at *Salem*, and that the court held there was only for the trial of issues joined in the supreme court, and that he had a good and substantial defence.

*Shephard*, contra, insisted that the sittings of the supreme court being regulated by statute, were matter of general notoriety, and therefore no excuse was shown for the default. Besides, there had been a loss of a trial.

*Per Curiam.* This is in ejectment : were we not to interfere, the possession would be changed. Take your motion on payment of costs.